62 A.3d 374

AAA MID–ATLANTIC INSURANCE COMPANY, Petitioner

v.

Mary Suzanne RYAN and Edward J. Ryan,
Husband and Wife, Respondents.

Supreme Court of Pennsylvania.

Feb. 27, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 27th day of February, 2013, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by Petitioner, is:

Does underinsured motorist coverage under a policy of insurance allow for an offset of all damages paid, which fully satisfied a judgment, or only for those sums paid under the automobile policy of the other driver, without regard to the full compensation of the award/judgment?